# UNITED STATES DISTRICT COURT
## District of Minnesota

Washington Adrian Guaquipana Quaquipana,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-250 JMB/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Washington G. from custody immediately in Minnesota, and in any event no later than 4:00 p.m. CST on January 20, 2026.

2. On or before 11:00 a.m. CT on January 21, 2026, Respondents shall provide the Court with a status update affirming that Petitioner was released from custody in accordance with this Order.

3. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/17/2026

KATE M. FOGARTY, CLERK